UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.:18-cv-04169 |
| | ) |
| | ) |
| CONRAD MANAGEMENT, LLC, | ) Honorable Edmond E. Chang |
| d/b/a CONRAD CHICAGO, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS PURSUANT TO FED.R.CIV.P. 41(A)**

Pursuant to FED. R. CIV. P. 41(a)(1), the Plaintiff, HOWARD COHAN and the Defendant CONRAD MANAGEMENT, LLC d/b/a CONRAD CHICAGO, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | CONRAD MANAGEMENT, LLC d/b/a CONRAD CHICAGO |
|---|---|
| By: /s/ *Marshall J. Burt* | By: */s/ Kevin Fritz* |
| Counsel for Plaintiff | Counsel for Defendant |
| Marshall J. Burt, Esq. | Kevin Fritz, Esq. |
| The Burt Law Group, Ltd. | Seyfarth Shaw. |
| 77 W. Washington, Ste 1300 | 233 S. Wacker Dr., Ste 8000 |
| Chicago, IL 60602 | Chicago, Illinois 60606 |
| 312-419-1999 | (312) 460-5586 |
| Marshall@mjburtlaw.com | KFritz@seyfarth.com |